IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RODNEY DION READY, # 46987**                                         **PLAINTIFF**

v.                                            **CAUSE NO. 1:19CV40-LG-RHW**

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS**                                                      **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be dismissed. The 42 U.S.C. § 1983 claims are **DISMISSED WITH PREJUDICE** for failure to state a claim until pro se Plaintiff Rodney Dion Ready demonstrates that the sentence calculations have been invalidated, via appeal, post-conviction relief, habeas corpus, or otherwise. The habeas claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 15th day of May, 2019.

                                                           s/ *Louis Guirola, Jr.*
                                                           LOUIS GUIROLA, JR.
                                                           UNITED STATES DISTRICT JUDGE